IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MJ-1914-BM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACOB W. COOKE | ) | |

This matter is before the court on the government's oral, unopposed motion to dismiss without prejudice made in open court on August 13, 2025. Mr. Cooke was present in court and did not oppose the government's motion. For the reasons stated on the record in open court, the charges against defendant were dismissed without prejudice on August 13, 2025, upon the court's granting of the government's oral motion to dismiss without prejudice prior to defendant's arraignment. The charges having been dismissed, this case is CLOSED.

The government is directed to provide a copy of this order to the defendant within **seven (7)** days of the filing of this order.

SO ORDERED, this 18th day of August, 2025.

_____
Brian S. Meyers
United States Magistrate Judge